IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0112

_____

WATER FOR FLATHEAD'S FUTURE Inc., AMY WALLER, STEVEN
MOORE, and CYNTHIA EDSTROM,

     Plaintiffs and Appellees,

     v.

MONTANA, DEPARTMENT OF ENVIRONMENTAL QUALITY, an agency of
the State of Montana

     Defendant and Appellant
and

MONTANA ARTESIAN WATER COMPANY,

     Intervenor-Defendant and Appellant

O R D E R

Upon consideration of the Appellants' unopposed Joint Motion to

Consolidate Cause Nos. DA 22-0112 and DA 22-0113, and good cause appearing

therefore,

IT IS HEREBY ORDERED Cause Nos. DA 22-0112 and DA 22-0113 are

hereby consolidated under Cause No. DA 22-0112. The captioning of the

consolidated matters is otherwise unchanged.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 18 2022